UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

John J. Sattler

                             Plaintiff,

v.                                                   Case No.: 1:14–cv–06166
                                                    Honorable Virginia M. Kendall

Tandem Metals Incorporated, et al.

                             Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Tuesday, December 16, 2014:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Status hearing held on 12/16/14 and continued to 2/5/15 at 10:00 a.m. The parties have confirmed a settlement conference for 3/3/15 at 1:30 p.m. Plaintiff's settlement letter shall be delivered to Defendants, with a copy delivered to the Court, in chambers, on or before 1/16/15. Defendants' settlement letter shall be delivered to Plaintiff, with a copy delivered to the Court, in chambers, on or before 1/23/15. Settlement letters are not to be filed on the CM–ECF system. Mailed notice (ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.