## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

John J. Sattler

                      Plaintiff,

v.                                                     Case No.: 1:14–cv–06166
                                                            Honorable Virginia M. Kendall

Tandem Metals Incorporated, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Tuesday, March 3, 2015:

      MINUTE entry before the Honorable Jeffrey T. Gilbert: Settlement conference held on 3/3/15. The parties resolved the case. The parties executed a Consent to Exercise of Jurisdiction by a United States Magistrate Judge. Status hearing set for 3/24/15 at 10:00 a.m. If the parties have executed a settlement agreement by that date, counsel jointly shall inform the Court's courtroom deputy and the status hearing will be stricken. Status hearing set for 6/11/15 at 10:00 a.m. If a stipulation to dismiss is filed before that date, the status hearing will be stricken with no appearance necessary. Mailed notice (ber, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.